IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH W. CLARK, | ) | 4:14CV3192 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, ROBERT | ) | |
| OTTE, Judge, MOORE, Judge, JEFF | ) | |
| CHEVRON, Court of appeal, | ) | |
| STEVEN BURNS, Judge, GALE | ) | |
| POKORAY, Judge, PUBLIC | ) | |
| DEFENDER OFFICE, YARDLEY, | ) | |
| Judge, DISTRICT AND COUNTY | ) | |
| ATTORNEY REGIONAL CENTER, | ) | |
| LANCASTER POLICE | ) | |
| DEPARTMENT COMMISSION, | ) | |
| TROY HAWKS, administration of | ) | |
| Nebraska, and DR. MOORE, | ) | |
| Lancaster county jail, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. Plaintiff filed his Complaint (Filing No. 1) on September 25, 2014. The court conducted a pre-service screening of the Complaint on December 15, 2014. (Filing No. 7.) Citing Federal Rule of Civil Procedure 8, the court determined the Complaint raised no claims and made no allegations against any Defendant. (*Id.* at CM/ECF p. 3.) On the court's own motion, the court ordered Plaintiff to file an amended complaint within 30 days.

    On January 14, 2015, Plaintiff filed a Motion for Reconsideration (Filing No. 8) that set forth only the following: "I am filing a motion to reconsideration [sic] of the violation of my bill of rights to a fair trial." (*Id.*) The court has carefully reviewed Plaintiff's Complaint and finds no reason to reconsider any portion of its

Memorandum and Order dated December 15, 2014. Because Plaintiff moved to reconsider the court's previous order instead of filing an amended complaint, out of an abundance of caution, the court will give Plaintiff an additional 30 days in which to file an amended complaint.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion (Filing No. 8) is denied.

2. Plaintiff is granted a 30-day extension of time in which to file an amended complaint.

3. The clerk's office is directed to set the following pro se case management deadline: April 10, 2015: check for amended complaint.

DATED this 10th day of March, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.